711 A.2d 1010

**Michaelanne M. LEROSE and Samuel J. Lerose, Individually and as Husband and Wife, Petitioners,**

v.

**Christine L. BICKERING, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 4th day of June, 1998, the petition for allowance of appeal is GRANTED; the order of the Superior Court is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Lackawanna County consistent with this court's opinion in *Marino v. Hackman,* 551 Pa. 369,

710 A.2d 1108 (Pa.1998) and *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (Pa.1998).